IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| DARYL KING, | * |
| Plaintiff, | * |
| vs. | *   No. 4:07CV01081 SWW |
| LINDSEY MANAGEMENT, ET AL., | * |
| Defendants. | * |

## Order

Before the Court is plaintiff's motion for appointment of counsel.[1] The motion is denied for lack of evidence demonstrating that plaintiff has made a good faith effort to obtain counsel,[2] and lack of legal need, *i.e.* plaintiff appears capable of adequately stating his claims and the factual and legal issues discernable from plaintiff's complaint do not at this time appear particularly complex. *See e.g. Stevens v. Redwing,* 146 F.3d 538 (8th Cir. 1998); *Slaughter v. City of Maplewood,* 731 F.2d 587 (8th Cir. 1984).

IT IS THEREFORE ORDERED that plaintiff's motion for appointment of counsel [docket entry 3] be, and is hereby, denied.

DATED this 7th day of November 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] In addition to his motion, plaintiff sent the Court a letter stating reasons why he needs an attorney. The Court does not respond to correspondence involving substantive matters before the Court. The letter will be placed in the correspondence section of the file.

[2] Plaintiff has not submitted proof that he has attempted to obtain representation from at least three (3) attorneys, who have declined to assist him in this matter.