IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DARYL KING, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:07CV01081 SWW |
| | * | |
| LINDSEY MANAGEMENT, ET AL., | * | |
| | * | |
| Defendants. | * | |

**Order**

The Court cannot rule on the motion for attorney's fees without documentation from which the Court can determine a reasonable fee. Therefore, the Court directs Lindsey Management to supplement its motion with an affidavit setting out the time spent, hourly rates, and other factual matters pertinent to the amount of the fees and costs requested. Lindsey Management must file its affidavit within ten (10) days from the date of entry of this Order.

SO ORDERED this 5th day of December 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE